**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : **SEALING ORDER** |
| v. | : |
| | : Mag. No. 19-6527 (JAD) |
| GREGORY CLARK | : |
| | : |

This matter having come before the Court upon the application of the United States of America, by Craig Carpenito, United States Attorney (Melissa M. Wangenheim, Assistant United States Attorney, appearing) for an order sealing the Complaint and related papers in this matter, and for good cause shown,

IT IS on this 11th day of February, 2019

ORDERED that the Complaint in this matter and all related papers, with the exception of the arrest warrant and copies thereof, be filed under seal, and they are hereby sealed until the arrest of the individual named in the warrant or until further order of this Court.

_____
HONORABLE JOSEPH A. DICKSON
UNITED STATES MAGISTRATE JUDGE